1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    BRENT LUIS GONZALEZ,                )        No. C 10-5654 LHK (PR)
                                          )
12              Plaintiff,                )        ORDER DIRECTING THE
                                          )        CLERK TO RE-SERVE
13         v.                             )        DEFENDANT CHUDY
                                          )
14    Z. AHMED, et al.,                   )
                                          )
15    _____Defendants._____ )

16         Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint

17    pursuant to 42 U.S.C. § 1983.  On April 12, 2011, the Court directed Plaintiff to provide accurate

18    location information for unserved Defendant Chudy.  On May 5, 2011, the Plaintiff filed a letter

19    with the Court providing Defendant Chudy's correct address.  Accordingly, the Clerk of the

20    Court is instructed to re-serve Defendant Chudy at the following address:  Joseph Chudy, M.D.,

21    48677 Victoria Lane, Oakhurst, CA 93644.

22         IT IS SO ORDERED.

23    DATED:    5/24/11

                                          _____
24                                        LUCY H. KOH
                                          United States District Judge

25

26

27

28

Order Directing the Clerk to Re-serve Defendant Chudy
P:\PRO-SE\SJ.LHK\CR.10\Gonzalez654reserve.wpd