IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENT LUIS GONZALEZ, | ) | No. C 10-5654 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S LETTER OF |
| v. | ) ) | REQUEST FOR EXTENSION OF TIME TO FILE |
| Z. AHMED, et al., | ) ) | OPPOSITION TO DEFENDANTS' MOTION TO |
| Defendants. | ) ) | DISMISS |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's letter of request for extension of time to file his opposition to Defendants' motion to dismiss.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition **thirty (30) days** from the date this order is filed. Defendants shall file their reply no later than **fifteen (15) days** thereafter.

This order terminates docket no. 23.

IT IS SO ORDERED.

DATED:   5/31/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Letter of Request for Extension of Time to File Opposition to Defendants' Motion to Dismiss
P:\PRO-SE\SJ.LHK\CR.10\GonzalezEOT-OppoMtd.wpd