1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    BRENT LUIS GONZALEZ,              )        No. C 10-5654 LHK (PR)
11                                    )
            Plaintiff,                )        ORDER DENYING
12                                    )        PLAINTIFF'S MOTION FOR
     v.                               )        APPOINTMENT OF COUNSEL
13                                    )
    Z. AHMED, M.D., et al.,           )
14                                    )
            Defendants,               )
15  _____)        (Docket No. 29)

16          Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. §

17  1983 against prison officials.  Plaintiff's motion for appointment of counsel (docket no. 29) is

18  DENIED for want of exceptional circumstances.  *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th

19  Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no

20  constitutional right to counsel in a civil case).  The issues in this case are not particularly complex,

21  and Plaintiff has thus far been able to adequately present his claims.  This denial is without prejudice

22  to the Court's *sua sponte* appointment of counsel at a future date should the circumstances of this

23  case warrant such appointment.

24          This order terminates docket no. 29.

25          IT IS SO ORDERED.

26  DATED:   6/30/11                           *Lucy H. Koh*

27                                             LUCY H. KOH
                                               United States District Judge
28

Order Denying Plaintiff's Motion for  Appointment of Counsel
P:\PRO-SE\SJ.LHK\CR.10\Gonzalez654atty.frm

**United States District Court**
For the Northern District of California