UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRENT LUIS GONZALEZ, | Case No. 5:10-cv-05654-LHK |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO DEPOSE PLAINTIFF, AN INCARCERATED PERSON** |
| v. | |
| Z. AHMED, M.D., JOSEPH CHUDY, M.D. (Chief Medical Officer CTF-Soledad), et al., | |
| | [PROPOSED] |
| Defendants. | Judge: Hon. Lucy H. Koh |

FOR GOOD CAUSE SHOWN the Court hereby grants defendants DR. AHMED and DR. SEPULVEDA's ex parte application to depose plaintiff BRENT LUIS GONZALEZ at California State Prison – Solano in Vacaville, California, upon reasonable notice.

IT IS SO ORDERED:

Dated: ~~7/1~~ , 2011     _____
Honorable Lucy H. Koh