"Chambers Copy"
~~Do Not File~~

FILED
AUG 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>Z. AHMED, M.D., JOSEPH CHUDY, M.D. (Chief Medical Officer CTF-Soledad), et al.,<br><br>Defendants. | Case No. 5:10-cv-05654-LHK<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE TO CONTINUE DISPOSITIVE MOTION DEADLINE**<br><br>[PROPOSED]<br><br>Judge: Hon. Lucy H. Koh |

GOOD CAUSE HAVING BEEN SHOWN, the Court grants the ex parte application of defendants Dr. Ahmed and Dr. Sepulveda and hereby continues that date by which defendants must file their dispositive motion in this case from July 12, 2011 to September 12, 2011.

IT IS SO ORDERED.

Dated: 8/22, 2011

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Court

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

BRENT GONZALEZ,

        Plaintiff,

v.

Z AHMED MD et al,

        Defendant.

        Case Number: CV10-05654 LHK

        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brent Luis Gonzalez V-77321
California State Prison-Solano
Housing: 10-116 L
P.O. Box 4000
Vacaville, CA 95696-04000

Dated: August 22, 2011

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk