UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>           Plaintiff,<br>    v.<br><br>Z. AHMED, M.D., et al.,<br><br>           Defendants.<br>_____/ | No. 5:10-CV-5654 LHK (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of BRENT LUIS GONZALEZ, inmate no. V-77321, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 17, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Martin Biter, Warden

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of BREN LUIS GONZALEZ, inmate no. V-77321, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 11:00 a.m. on November 29, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GONZALEZ v. AHMED,

1  et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned
2  institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the
3  custody of said prisoner, and further to produce said prisoner at all times necessary until the termination
4  of the proceedings for which his testimony is required in this Court;

5       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: October 17, 2012

9                  RICHARD WIEKING
                  CLERK, UNITED STATES DISTRICT COURT

11                 By: Linn Van Meter
                  Administrative Law Clerk

15  Dated: October 17, 2012                 _____
                                    NANDOR
                                    United Sta



**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ, | No. 5:10-CV-5654 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| Z. AHMED, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on October 17, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Brent Luis Gonzalez
V-77321
Kern Valley State Prison
Housing: D8-130
P.O. Box 5104
Delano, CA 93216

Litigation Coordinator Will Adams
Kern Valley State Prison
PO Box 6000
Delano, CA  93216-6000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3