IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENT LUIS GONZALEZ, | ) | No. C 10-5654 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL |
| v. | ) ) | |
| AHMED, et al., | ) ) | |
| Defendants. | ) ) | (Docket Nos. 81, 86) |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended complaint ("AC") under 42 U.S.C. § 1983, arguing that Defendants retaliated against him, and were deliberately indifferent to his serious medical needs, in violation of the First and Eighth Amendments. On November 14, 2011, Defendants filed a motion for summary judgment. On September 11, 2012, the Court granted in part and denied in part Defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. On December 5, 2012, Judge Vadas reported that the case did not settle.

Plaintiff has filed a motion for an extension of time to respond to the Court's order granting in part Defendants' motion for summary judgment, and dismissing his retaliation claim against Defendants Drs. Chudy and Sepulveda. (Docket No. 81.) Plaintiff's motion is **DENIED**. *See* N.D. Civil L.R. 7-9(a) (no motion for reconsideration may be sought without

Order Granting Plaintiff's Motion to Appoint Counsel
G:\PRO-SE\SJ.LHK\CR.10\Gonzalez654refprobono.wpd

1 leave of the court).

2     Plaintiff has also moved for appointment of counsel.  (Docket No. 86.)  It appears that the
3 case will be tried.  The Court concludes that counsel should be appointed, and **GRANTS**
4 Plaintiff's motion.  This matter is referred to the Federal Pro Bono Project to find counsel.

5     The Clerk shall forward to the Federal Pro Bono Project: (i) a copy of this order, (ii) a
6 copy of the docket sheet, and (iii) a copy of the operative complaint and relevant Court orders.
7 Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel
8 for Plaintiff in this matter until further order of the Court.  All proceedings in this action are
9 stayed until four weeks from the date an attorney is appointed to represent Plaintiff.

10     IT IS SO ORDERED.

11 DATED: 1/9/13

                                             LUCY H. KOH
12                                              United States District Judge

Order Granting Plaintiff's Motion to Appoint Counsel
G:\PRO-SE\SJ.LHK\CR.10\Gonzalez654refprobono.wpd  2