IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LUIS GONZALEZ,              )<br>                                                  )<br>          Plaintiff,                         )<br>                                                  )<br>   v.                                            )<br>                                                  )<br>Z. AHMED, M.D., et al.,              )<br>                                                  )<br>          Defendants.                     )<br>_____) | No. C 10-5654 LHK (PR)<br><br>ORDER APPOINTING PRO BONO COUNSEL |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended complaint under 42 U.S.C. § 1983. On September 11, 2012, the Court granted in part and denied in part Defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. After settlement proceedings proved unsuccessful, the Court granted Plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

The VLSP has informed the Court that Lynn Pasahow and David Austin of Fenwick & West LLP, 801 California Street, Mountain View, CA 98101, and David Tellekson, Melanie Mayer, and Ewa Davison of Fenwick & West LLP, 1191 Second Avenue, 10th Floor, Seattle, WA 98101 have agreed to serve as appointed pro bono counsel for Plaintiff. Thus, Lynn Pasahow, David Austin, David Tellekson, Melanie Mayer, and Ewa Davison are hereby

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.10\Gonzalez654appt-counsel.wpd

1  APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal
2  Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration
3  of the case.
4      The clerk shall set this matter for a case management conference within 90 days of the
5  filing date of this order.
6      IT IS SO ORDERED.
7  DATED: 2/5/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.10\Gonzalez654appt-counsel.wpd

2