# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRENT LUIS GONZALEZ,

    Plaintiff(s),

v.

Z. AHMED, M.D., et al.,

    Defendant(s).

Case No: C 10 5654 LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David K. Tellekson, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Brent Luis Gonzalez in the above-entitled action. My local co-counsel in this case is Lynn H. Pasahow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Fenwick & West LLP<br>1191 2nd Ave., 10th Fl., Seattle, WA  98101 | Fenwick & West LLP<br>801 California St., Mountain View, CA  94041 |
| My Telephone # of Record:<br>(206) 389-4510 | Local Co-Counsel's Telephone # of Record:<br>(650) 988-8500 |
| My Email Address of Record:<br>dtellekson@fenwick.com | Local Co-Counsel's Email Address of Record:<br>lpasahow@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 33523.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/13/13

          David K. Tellekson
          APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David K. Tellekson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 14, 2013

    *Lucy H. Koh*
    Lucy H. Koh
    United States District Judge

*PRO HAC VICE* APPLICATION & ORDER