**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BRENT LUIS GONZALEZ,

     Plaintiff(s),

  v.

Z. AHMED, M.D., et al.,

     Defendant(s).

Case No: C 10 5654 LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ewa M. Davison , an active member in good standing of the bar of Washington , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Brent Luis Gonzalez in the above-entitled action. My local co-counsel in this case is Lynn H. Pasahow , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fenwick & West LLP<br>1191 2nd Ave., 10th Fl., Seattle, WA 98101 | Fenwick & West LLP<br>801 California St., Mountain View, CA 94041 |
| MY TELEPHONE # OF RECORD:<br>(206) 389-4510 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 988-8500 |
| MY EMAIL ADDRESS OF RECORD:<br>edavison@fenwick.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lpasahow@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 39524 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/13/13

            Ewa M. Davison
            APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Ewa M. Davison is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 14, 2013

         *Lucy H. Koh*
         Lucy H. Koh
         United States District Judge

*PRO HAC VICE* APPLICATION & ORDER