FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   LYNN H. PASAHOW (CSB No. 54283)
    lpasahow@fenwick.com
2   DAVID K. TELLEKSON (Admitted *Pro Hac Vice*)
    dtellekson@fenwick.com
3   MELANIE L. MAYER (Admitted *Pro Hac Vice*)
    mmayer@fenwick.com
4   EWA M. DAVISON (Admitted *Pro Hac Vice*)
    edavison@fenwick.com
5   DAVID J. AUSTIN (CSB No. 287645)
    daustin@fenwick.com
6   FENWICK & WEST LLP
    Silicon Valley Center
7   801 California Street
    Mountain View, CA  94041
8   Telephone:    650.988.8500
    Facsimile:    650.938.5200
9
    Attorneys for Plaintiff
10  BRENT LUIS GONZALEZ

11  SUSAN E. COLEMAN (CSB No. 171832)
    scoleman@bwslaw.com
12  MARTIN KOSLA (CSB No. 247224)
    mkosla@bwslaw.com
13  BURKE, WILLIAMS & SORENSON, LLP
    444 South Flower Street, Suite 2400
14  Los Angeles, CA 90071-2953
    Telephone: 213.236.0600
15  Facsimile: 213.236.2700
    Attorneys for Defendant
16  Z. AHMED, M.D.

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

20  BRENT LUIS GONZALEZ,                 Case No.: 5:10-cv-05654-LHK
                                         Assigned to Hon. Lucy H. Koh
21              Plaintiff,
                                         **JOINT STIPULATION AND
22       v.                              [PROPOSED] ORDER TO EXTEND
                                         THE DEADLINE TO AMEND THE
23  Z. AHMED, M.D., et al.,              PLEADINGS AND ADD PARTIES**

24              Defendants.

25

26

27

28
    STIPULATION TO MODIFY DEADLINE
    TO AMEND PLEADINGS
    CASE NO.: 5:10-cv-05654-LHK

1    Pursuant to this Court's Minute Order and Case Management Order (Dkt. No. 107) and

2    Civil Local Rules 6-1 and 6-2, Plaintiff Brent Luis Gonzalez ("Gonzalez") and Defendant Zahed

3    Ahmed ("Ahmed") hereby stipulate to extend the deadline to amend the pleadings and add parties

4    until 14 days after this Court issues a decision regarding Gonzalez's Motion for Leave to File a

5    Renewed Motion for Reconsideration of the Court's Summary Judgment Order (Dkt. No. 108,

6    "Motion for Reconsideration").

7    The deadline to amend the pleadings and add parties is currently set for May 31, 2013.

8    Gonzalez intends to file a Third Amended Complaint restating allegations from the Second

9    Amended Complaint, typed for the convenience of the Court and the parties, and adding

10    attorneys' fees and costs to the relief requested.  But absent a ruling from the Court on Gonzalez's

11    Motion for Reconsideration seeking to reinstate Drs. Michael Sepulveda and Joseph Chudy as

12    defendants, the requisite scope of pleadings as to these individuals remains unclear.  Under these

13    circumstances, the parties agree that it would be more efficient to delay filing of Gonzalez's Third

14    Amended Complaint until after resolution of his pending Motion for Reconsideration.

15    Accordingly, the parties stipulate to continue the deadline to amend the pleadings and add

16    parties, and request that the Court enter an order resetting that deadline for 14 days after this

17    Court issues a decision regarding Gonzalez's Motion for Reconsideration (Dkt. No. 108).

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION TO MODIFY DEADLINE
TO AMEND PLEADINGS
CASE NO.: 5:10-cv-05654-LHK

2

1

2   Dated:  May 29, 2013                    FENWICK & WEST LLP

3

4                                           By: /s/*Ewa M. Davison*
                                                Lynn H. Pasahow
5                                               David K. Tellekson
                                                Melanie L. Mayer
                                                Ewa M. Davison
6                                               David J. Austin

7                                           Attorneys for Plaintiff
                                            BRENT LUIS GONZALEZ
8

9   Dated:  May 29, 2013                    BURKE, WILLIAMS & SORENSEN, LLP

10

11                                          By: /s/*Martin Kosla*
12                                              Susan E. Coleman
                                                Martin Kosla
13
                                            Attorneys for Defendant
14                                          DR. AHMED

15

16          **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

17          I, Ewa M. Davison, attest that concurrence in the filing of this document has been

18   obtained from the other signatory.

19          I declare under penalty of perjury that the foregoing is true and correct.

20          Executed on May 29, 2013

21

22                                          By: /s/*Ewa M. Davison*
                                                    Ewa M. Davison
23

24

25

26

27

28
     STIPULATION TO MODIFY DEADLINE
     TO AMEND PLEADINGS                        3
     CASE NO.: 5:10-cv-05654-LHK

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**[PROPOSED] ORDER**

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

Last day to amend pleadings and add parties is 14 days after this Court issues its decision regarding Gonzalez's Motion for Leave to File a Renewed Motion for Reconsideration of the Court's Summary Judgment Order (Dkt. No. 108).

Dated this 30th day of May 2013.

_____
Honorable Lucy H. Koh
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION TO MODIFY DEADLINE
TO AMEND PLEADINGS
CASE NO.: 5:10-cv-05654-LHK

4