LYNN H. PASAHOW (CSB No. 54283)
lpasahow@fenwick.com
DAVID K. TELLEKSON (Admitted *Pro Hac Vice*)
dtellekson@fenwick.com
MELANIE L. MAYER (Admitted *Pro Hac Vice*)
mmayer@fenwick.com
EWA M. DAVISON (Admitted *Pro Hac Vice*)
edavison@fenwick.com
DAVID J. AUSTIN (CSB No. 287645)
daustin@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Plaintiff
BRENT LUIS GONZALEZ

SUSAN E. COLEMAN (CSB No. 171832)
scoleman@bwslaw.com
MARTIN KOSLA (CSB No. 247224)
mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSON, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700
Attorneys for Defendant
Z. AHMED, M.D.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>Z. AHMED, M.D., et al.,<br><br>Defendants. | Case No.: 5:10-cv-05654-LHK<br>Assigned to Hon. Lucy H. Koh<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS AND ADD PARTIES** |

STIPULATION TO MODIFY DEADLINE
TO AMEND PLEADINGS
CASE NO.: 5:10-cv-05654-LHK

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Pursuant to this Court's Minute Order and Case Management Order (Dkt. No. 107) and

2 Civil Local Rules 6-1 and 6-2, Plaintiff Brent Luis Gonzalez ("Gonzalez") and Defendant Zahed

3 Ahmed ("Ahmed") hereby stipulate to extend the deadline to amend the pleadings and add parties

4 until 14 days after this Court issues a decision regarding Gonzalez's Motion for Leave to File a

5 Renewed Motion for Reconsideration of the Court's Summary Judgment Order (Dkt. No. 108,

6 "Motion for Reconsideration").

7    The deadline to amend the pleadings and add parties is currently set for May 31, 2013.

8 Gonzalez intends to file a Third Amended Complaint restating allegations from the Second

9 Amended Complaint, typed for the convenience of the Court and the parties, and adding

10 attorneys' fees and costs to the relief requested.  But absent a ruling from the Court on Gonzalez's

11 Motion for Reconsideration seeking to reinstate Drs. Michael Sepulveda and Joseph Chudy as

12 defendants, the requisite scope of pleadings as to these individuals remains unclear.  Under these

13 circumstances, the parties agree that it would be more efficient to delay filing of Gonzalez's Third

14 Amended Complaint until after resolution of his pending Motion for Reconsideration.

15    Accordingly, the parties stipulate to continue the deadline to amend the pleadings and add

16 parties, and request that the Court enter an order resetting that deadline for 14 days after this

17 Court issues a decision regarding Gonzalez's Motion for Reconsideration (Dkt. No. 108).

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY DEADLINE
TO AMEND PLEADINGS                    2
CASE NO.: 5:10-cv-05654-LHK

Dated:  May 29, 2013                    FENWICK & WEST LLP


                                        By: /s/*Ewa M. Davison*
                                           Lynn H. Pasahow
                                           David K. Tellekson
                                           Melanie L. Mayer
                                           Ewa M. Davison
                                           David J. Austin

                                        Attorneys for Plaintiff
                                        BRENT LUIS GONZALEZ


Dated:  May 29, 2013                    BURKE, WILLIAMS & SORENSEN, LLP


                                        By: /s/*Martin Kosla*
                                           Susan E. Coleman
                                           Martin Kosla

                                        Attorneys for Defendant
                                        DR. AHMED


## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Ewa M. Davison, attest that concurrence in the filing of this document has been

obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2013


                                        By: /s/*Ewa M. Davison*
                                                Ewa M. Davison

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION TO MODIFY DEADLINE
TO AMEND PLEADINGS                       3
CASE NO.: 5:10-cv-05654-LHK

1

2

### [PROPOSED] ORDER

3

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

4

    Last day to amend pleadings and add parties is 14 days after this Court issues its decision

5

regarding Gonzalez's Motion for Leave to File a Renewed Motion for Reconsideration of the

6

Court's Summary Judgment Order (Dkt. No. 108).

7

8

    Dated this 30th  day of  May 2013.

9

10

_____

        Honorable Lucy H. Koh
        United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW