UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENT LUIS GONZALEZ,

    Plaintiff,

    v.

Z. AHMED, et al.,

    Defendants.

Case No.  10-cv-05654-LHK   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on February 25, 2014 in San Francisco, Courtroom D, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff's Counsel Lynn Pasahow and Melanie Mayer.

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    (X) Other: Defense Counsel, Martin Kosla and Patricia Lee for California Department of Corrections and Rehabilitation.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1  attached remain for this Court to resolve.

2  ( X)  The parties are unable to reach an agreement at this time.

3  **IT IS SO ORDERED.**

4  Dated:  February 26, 2014



NANDOR J. VADAS
United States Magistrate Judge