UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>               Plaintiff,<br>     v.<br><br>Z. AHMED, M.D., et al.,<br><br>               Defendants. | Case No.: 10-CV-05654-LHK<br><br>ORDER RE: EX PARTE APPLICATION TO CONTINUE EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

The Court construes Defendants' Ex Parte Application to Continue Expert Discovery and Dispositive Motion Deadlines as an Administrative Motion pursuant to Civil Local Rule 7-11. Accordingly, Plaintiffs shall have until May 5, 2014 to file an Opposition.

**IT IS SO ORDERED.**

Dated: April 30, 2014

_____
LUCY H. KOH
United States District Judge