**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ,            )<br>                                 )<br>            Plaintiff,           )<br>     v.                         )<br>                                 )<br>Z. AHMED, M.D., et al.,          )<br>                                 )<br>                                 )<br>            Defendants.          )<br>_____) | Case No.: 10-CV-05654-LHK<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER |

Plaintiff shall file a response to Defendants' Ex Parte Application to Modify Scheduling Order to Allow Defendants Dr. Sepulveda and Dr. Ahmed to File Second Motion for Summary Judgment, ECF No. 165, by July 25, 2014, at 10 a.m.

**IT IS SO ORDERED.**

Dated: July 22, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05654-LHK
ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER