UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Z. AHMED, M.D., et al.,<br><br>　　　　　Defendants. | Case No.: 10-CV-05654-LHK<br><br>ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION |

　　　The parties shall file a joint alternative dispute resolution statement by September 12, 2014, stating what alternative dispute resolution options the parties are willing to engage in prior to the pre-trial conference on November 6, 2014.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
LUCY H. KOH
United States District Judge