UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Z. AHMED, M.D., et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-05654-LHK <br><br> ORDER REGARDING MEDIATION |

On September 12, 2014, the parties indicated they would schedule a mediation session prior to the pretrial conference set for November 6, 2014. By October 14, 2014, the parties shall file a joint statement indicating the date of the mediation, or if the mediation has already occurred, a joint status update.

**IT IS SO ORDERED.**

Dated: October 9, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05654-LHK
ORDER REGARDING MEDIATION