UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

BRENT LUIS GONZALEZ,

                Plaintiff,

   v.

Z. AHMED, M.D., et al.,

                Defendants.

Case No.: 10-CV-05654-LHK

ORDER REGARDING MEDIATION

     As the parties' mediation is scheduled for October 16, 2014, the parties shall file a joint settlement status update by October 24, 2014.

**IT IS SO ORDERED.**

Dated: October 13, 2014

                                                     LUCY H. KOH
                                                     United States District Judge

1