Susan E. Coleman, (SBN 171832)
E-mail:  scoleman@bwslaw.com
Martin Kosla, (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600   Fax:  213.236.2700

Attorneys for Defendants
Z. AHMED, M.D.; M. SEPULVEDA, M.D.; and
J. CHUDY, M.D.

LYNN H. PASAHOW (CSB No. 54283)
lpasahow@fenwick.com
DAVID K. TELLEKSON (Admitted *Pro Hac Vice*)
dtellekson@fenwick.com
MELANIE L. MAYER (Admitted *Pro Hac Vice*)
mmayer@fenwick.com
EWA M. DAVISON (Admitted *Pro Hac Vice*)
edavison@fenwick.com
JEFFREY A. WARE (CSB No. 271603)
jware@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Attorneys for Plaintiff
BRENT LUIS GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>Z. AHMED, M.D., JOSEPH CHUDY, M.D. (Chief Medical Officer CTF-Soledad), et al.,<br><br>    Defendants. | Case No.  5:10-cv-05654-LHK<br><br>**JOINT STATEMENT REGARDING OUTCOME OF MEDIATION**<br><br><br>Hon. Lucy H. Koh |

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4831-5158-0192 v1 — - 1 - — 5:10-CV-05654-LHK
JOINT STATEMENT REGARDING
OUTCOME OF MEDIATION
B9468/00401/LIT/1369619.3

Pursuant to the Court's order (Doc. #183), the parties hereby submit this joint statement regarding the outcome of the mediation in this case.

The parties participated in a mediation with the Hon. James Ware (Ret.) on October 16, 2014, at which time they settled the case. An informal settlement agreement was signed by the parties' respective attorneys that day. The parties are now in the process of complying with the formal procedures of the California Department of Corrections (which is indemnifying the defendants), including finalizing the formal settlement agreement. The California Department of Corrections has indicated that it will take up to six months to provide the agreed settlement funds and, therefore, the parties anticipate that it may take up to six months to file a joint request for dismissal with prejudice.

In view of the parties' settlement of this case and their continuing effort to finalize the necessary settlement documents and obtain payment from the California Department of Corrections, the parties jointly request a stay of all existing dates pending the filing of their joint request for dismissal.

Dated: October 21, 2014        BURKE, WILLIAMS & SORENSEN, LLP

                               By: *s/Martin Kosla*
                                   Susan E. Coleman
                                   Martin Kosla

                               Attorneys for Defendants
                               Z. AHMED, M.D.; M. SEPULVEDA,
                               M.D.; and J. CHUDY, M.D.

Dated: October 21, 2014        FENWICK & WEST LLP

                               By: *s/ Melanie L. Mayer*
                                   Lynn H. Pasahow
                                   David K. Tellekson
                                   Melanie L. Mayer
                                   Ewa M. Davison
                                   Jeffrey A. Ware

                               Attorneys for Plaintiff
                               BRENT LUIS GONZALEZ

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4831-5158-0192 v1                - 2 -                5:10-CV-05654-LHK
                                                          JOINT STATEMENT REGARDING
                                                          OUTCOME OF MEDIATION
                                                          B9468/00401/LIT/1369619.3