UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>           Plaintiff,<br>   v.<br><br>Z. AHMED, M.D., et al.,<br><br>           Defendants. | Case No.: 10-CV-05654-LHK<br><br>ORDER REGARDING SETTLEMENT AND STAY |

      The parties filed a settlement status update on October 21, 2014 indicating that they have reached an informal settlement agreement and are in the process of finalizing the agreement. ECF No. 186. The parties represent that it may take up to six months for settlement funds to be transferred and that dismissal with prejudice would not be appropriate until that time. As such, the parties request a six-month stay of all proceedings.

      The Court denies the request for a six-month stay. The parties may file a joint stipulation requesting that the Court dismiss the action without prejudice. The stipulation shall provide that the Court shall retain jurisdiction to enforce the settlement agreement and that the parties will move to dismiss the action with prejudice once the settlement funds are transferred.

**IT IS SO ORDERED.**

Dated: October 21, 2014

                                         _____<br>
                                         LUCY H. KOH<br>
                                         United States District Judge