LYNN H. PASAHOW (CSB No. 54283)
lpasahow@fenwick.com
DAVID K. TELLEKSON (Admitted *Pro Hac Vice*)
dtellekson@fenwick.com
MELANIE L. MAYER (Admitted *Pro Hac Vice*)
mmayer@fenwick.com
EWA M. DAVISON (Admitted *Pro Hac Vice*)
edavison@fenwick.com
JEFFREY A. WARE (CSB No. 271603)
jware@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

Attorneys for Plaintiff
BRENT LUIS GONZALEZ

SUSAN E. COLEMAN (CSB No. 171832)
scoleman@bwslaw.com
MARTIN KOSLA (CSB No. 247224)
mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSON, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants
Z. AHMED, M.D.; M. SEPULVEDA, M.D.;
and J. CHUDY, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENT LUIS GONZALEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>Z. AHMED, M.D., et al.,<br><br>       Defendants. | Case No.: 5:10-cv-05654-LHK<br>Assigned to Hon. Lucy H. Koh<br><br>**JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE PENDING FINALIZATION OF SETTLEMENT** |

REQUEST FOR DISMISSAL WITHOUT
PREJUDICE PENDING SETTLEMENT
CASE NO.: 5:10-cv-05654-LHK

The parties' counsel entered into a tentative settlement of this matter on October 16, 2014. They are now in the process of complying with the formal procedures of the California Department of Corrections (which is indemnifying the defendants), including finalizing a formal settlement agreement and transferring the agreed settlement funds (which the California Department of Corrections has indicated will take up to six months to complete). To allow time to complete this process, on October 21, 2104, the parties jointly requested that the Court stay the several imminent pretrial and trial deadlines and events. On October 21, 214, the Court denied the parties' former request to stay, but stated the parties (1) now may request the Court to dismiss the action without prejudice, retaining jurisdiction to enforce the settlement agreement; and (2) once the settlement is finalized and the settlement funds transferred, request the Court to dismiss the action with prejudice;

THEREFORE, the parties plaintiff Brent Luis Gonzalez, and defendants Z. Ahmed, M.D., M. Sepulveda, M.D., and J. Chudy, M.D., by and through their attorneys of record, request that the Court:

1. Dismiss the action without prejudice, each party to bear its own fees and costs; and,

2. Retain jurisdiction to enforce the parties' settlement agreement.

Dated: October 22, 2014              FENWICK & WEST LLP

                                     By: /s/*Melanie L. Mayer*
                                        Lynn H. Pasahow
                                        David K. Tellekson
                                        Melanie L. Mayer
                                        Ewa M. Davison
                                        Jeffrey A. Ware

                                     Attorneys for Plaintiff
                                     BRENT LUIS GONZALEZ

REQUEST FOR DISMISSAL WITHOUT
PREJUDICE PENDING SETTLEMENT
CASE NO.: 5:10-cv-05654-LHK

Dated: October 22, 2014       BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Martin Kosla*
    Susan E. Coleman
    Martin Kosla

Attorneys for Defendants
Z. AHMED, M.D.; M. SEPULVEDA, M.D.;
and J. CHUDY, M.D.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

REQUEST FOR DISMISSAL WITHOUT
PREJUDICE PENDING SETTLEMENT                 3
CASE NO.: 5:10-cv-05654-LHK

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Melanie L. Mayer, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of October, 2014.

By: */s/Melanie L. Mayer*

REQUEST FOR DISMISSAL WITHOUT
PREJUDICE PENDING SETTLEMENT
CASE NO.: 5:10-cv-05654-LHK

4

1  LYNN H. PASAHOW (CSB No. 54283)
   lpasahow@fenwick.com
2  DAVID K. TELLEKSON (Admitted *Pro Hac Vice*)
   dtellekson@fenwick.com
3  MELANIE L. MAYER (Admitted *Pro Hac Vice*)
   mmayer@fenwick.com
4  EWA M. DAVISON (Admitted *Pro Hac Vice*)
   edavison@fenwick.com
5  JEFFREY A. WARE (CSB No. 271603)
   jware@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA 94041
8  Telephone:    650.988.8500
   Facsimile:    650.938.5200
9
   Attorneys for Plaintiff
10 BRENT LUIS GONZALEZ

11 SUSAN E. COLEMAN (CSB No. 171832)
   scoleman@bwslaw.com
12 MARTIN KOSLA (CSB No. 247224)
   mkosla@bwslaw.com
13 BURKE, WILLIAMS & SORENSON, LLP
   444 South Flower Street, Suite 2400
14 Los Angeles, CA 90071-2953
   Telephone: 213.236.0600
15 Facsimile: 213.236.2700

16 Attorneys for Defendants
   Z. AHMED, M.D.; M. SEPULVEDA, M.D.;
17 and J. CHUDY, M.D.

18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                    SAN JOSE DIVISION

22

23 BRENT LUIS GONZALEZ,                    Case No.: 5:10-cv-05654-LHK

24         Plaintiff,
                                           **[PROPOSED]** ORDER DISMISSING
25     v.                                  WITHOUT PREJUDICE PENDING
                                           FINALIZATION OF SETTLEMENT
26 Z. AHMED, M.D., et al.,

27         Defendants.

28 [PROPOSED] ORDER DISMISSING WITHOUT
   PREJUDICE PENDING FINALIZATION OF       1
   SETTLEMENT
   CASE NO.: 10-cv-05654-LHK

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

After reviewing the parties' Joint Request For Dismissal Without Prejudice Pending Finalization of Settlement, and good cause appearing therefor,

**IT IS SO ORDERED** that

1. The case is dismissed without prejudice, each party to bear its own costs and attorneys' fees; and,

2. The Court retains jurisdiction to enforce the parties' settlement agreement.

3. The Parties shall file any request to dismiss with prejudice by May 15, 2015. The Clerk shall close the file.

Dated: October 22, 2014

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Court Judge